## DÍAZ CANEJA v. MARXUACH.

Apelación procedente de la Corte de Distrito de

San Juan.

No. 59.  Resuelto en Mayo 20, 1905.

DOCUMENTO PÚBLICO.—Los poderes generales para pleitos y los especiales que deban presentarse en juicio, así como el poder para administrar bienes, y cualquier otro documento que tenga por objeto un acto redactado ó que deba redactarse en escritura pública, ó que haya de perjudicar á tercero, deberán hacerse constar en documento público.

ID.—DOCUMENTOS AUTORIZADOS POR LA AUTORIDAD ECLESIÁSTICA.—SEPARACIÓN DE LA IGLESIA Y EL ESTADO.—Son documentos públicos los autorizados por un Notario ó empleado público competente, con las solemnidades requeridas por la ley; y en este concepto, los documentos autorizados por el Obispo Católico, Apostólico Romano en Puerto Rico, no son documentos públicos, toda vez que dicha Autoridad Eclesiástica no ejerce ya funciones públicas oficiales, desde el cambio de soberanía, que trajo consigo la separación de la Iglesia y el Estado.

RECONOCIMIENTO DE LA PERSONALIDAD DEL DEMANDANTE.—La circunstancia de que el demandado hubiere consignado en poder del Secretario de la Corte, parte de la cantidad reclamada en la demanda, en prueba de que no se negaba á pagar lo que legítimamente creía deber, no es suficiente para estimar un reconocimiento, por su parte, de la personalidad del demandante, que había impugnado anteriormente por virtud de la excepción previa de falta de capacidad legal para demandar.

Los hechos están expresados en la Opinión.

Abogado del apelante: *Sr. Morera.*

Abogado del apelado: *Sr. Torres Monge.*

EL JUEZ PRESIDENTE SR. QUIÑONES, emitió la opinión del Tribunal.

En catorce de Septiembre de mil novecientos cuatro. el Presbítero Don Manuel Díaz Caneja, en su carácter de Colector General de Obras Pías, para cuyo cargo ha-

bía sido nombrado por el Reverendo Prelado Católico,
Apostólico, Romano de esta Isla, Mr. James H. Blenk,
en treinta y uno de Diciembre de mil novecientos, enta-
bló demanda en el Tribunal de Distrito de San Juan,
contra el Dr. Don José Monserrate Marxuach, en co-
bro de novecientos ochenta pesos, cincuenta y cinco cen-
tavos moneda española, ó su equivalencia en oro ameri-
cano al cambio corriente en la plaza el día del pago,
importe de tres capitales impuestos á censo y tributo
sobre una casa de la propiedad del citado Doctor, á fa-
vor de varios institutos religiosos, más los réditos de
los dos últimos años vencidos y no satisfechos, montantes
á la suma de noventa y ocho pesos cuatro centavos de
la misma moneda; y personado el demandado en los
autos, por conducto de su Abogado defensor Don Sanda-
lio Torres Monge, alegó la excepción prévia de falta de
capacidad legal para demandar, en el Presbítero Sr. Ca-
neja, por no ser eficaz al efecto de acreditar su persona-
lidad para comparecer en juicio, el poder y la autoriza-
ción que le confiriera el citado Sr. Obispo en el título de
su nombramiento de Colector, por no estar extendido
en documento público, como lo requiere el artículo 1247
del Código Civil vigente, en su apartado 5o. para los
poderes generales á pleitos y los especiales que deban
presentarse en juicio y para administrar bienes; y pa-
sando después á contestar la demanda, así lo verificó,
combatiéndola en el fondo, y expresando, entre otras con-
sideraciones que no son de este momento, que en prue-
ba de que nunca se había negado á pagar lo que legíti-
mamente debía, consignaba, y en efecto consignó, en
poder del Secretario de la Corte, cincuenta y ocho do-
llars, ochenta y dos centavos que era lo que realmente
creía deber por los réditos de las dos últimas anualida-
des, de los tres capitales á censo que se le cobraban,
para que se entregaran al Sr. Caneja, ó en caso de ne-

gativa por su parte, para que se dejaran á su disposi-
ción, ó á la de otra persona que pudiera legalmente per-
cibirlos. El abogado del demandante combatió la ex-
cepción prévia propuesta por la representación del Sr.
Marxuach; y celebrada la vista con asistencia de los
Abogados defensores de las partes, dictó sentencia el
Juez de la Corte de Distrito en veinte de Octubre del
año próximo pasado declarando con lugar la excepción
propuesta, con las costas á la parte actóra. De esta
sentencia apeló la representación del demandante, Don
Manuel Díaz Caneja para ante esta Corte Suprema;
y personadas las partes y sustanciado en forma
el recurso con los alegatos respectivos, se señaló día pa-
ra la vista, á cuyo acto solo asistió el Abogado defensor
del apelante.

AHORA bien; para resolver la cuestión que se ven-
tila en el presente recurso, se hace necesario examinar
el título de Colector del Sr. Caneja, expedido á su fa-
vor por el Sr. Obispo Mr. Blenk, y que copiado lite-
ralmente dice así:

"NOMBRAMIENTO DE COLECTOR.—Obispado de Puerto Ri-
co.—En virtud de las circunstancias que en Ud. concurren y esta-
blecida una colecturía general de Obras Pías, venimos en confirmar
á Ud. en el cargo de colector y administrador general de las mismas,
á fin de que usando de las facultades que nos competen, proceda
al cobro, administración y esclarecimiento de todos los censos perte-
necientes á Capellanías de todas clases, bien se hallen vacantes, ó
estén adjudicadas á diversos Presbíteros, Ermitas ó Parroquias, al
Iltmo. Cabildo Catedral, á las R.R.M.M. Carmelitas, al Seminario
de San Ildefonso, Hospitales de Caridad de esta Diócesis, y final-
mente á las diversas Cofradías que radican en esta Capital facul-
tándole para acudir á los Tribunales de Justicia así como para
otorgar los poderes necesarios á los diversos agentes de la Isla y
personas de su confianza, que le representen en dichos Tribunales, ha-
ciendo, bien por sí, bien por medio de sus apoderados, cuantas ges-
tiones sean necesarias para la traslación de dichos censos de los an-
tiguos libros á los modernos del Registro de la Propiedad, así como

para recibir escrituras ó actas notariales, que sean necesarias y debiendo rendirnos cuentas todos los años de 'dicha administración, sirviéndole el presente de correspondiente título de tal Colector y Administrador.—San Juan, Puerto Rico, Diciembre 31 de 1900.— Jáime H. Blenk, Obispo de Puerto Rico.—Sr. Presbítero Dr. D. Manuel Díaz Caneja.—Hay un sello."

DEL contesto literal de ese documento, resulta evidente que contiene un poder conferido por el expresado Sr. Obispo á favor del Pbro. Sr. Díaz Caneja, no sólo para el cobro, administración y esclarecimiento de todos los censos pertenecientes á Capellanías de todas clases, sino para acudir á los tribunales de Justicia y para otorgar los poderes necesarios á los diversos agentes de la Isla y personas que merecieran su confianza; para que lo representen en dichos Tribunales; y siendo ésto así, es evidente que ese documento está comprendido en el número 5o. del artículo 1247 del vigente Código Civil, según el cual deben constar en documento público los poderes generales para pleitos, y los especiales que deban presentarse en juicio; el poder para administrar bienes, y cualquier otro documento que tenga por objeto un acto redactado ó que deba redactarse en escritura pública, ó haya de perjudicar á tercero. Por documentos públicos se entienden, según los define el artículo 1184 del propio Código Civil los autorizados por un Notario, ó empleado público competente, con las solemnidades requeridas por la ley; y como el Reverendo Obispo Católico, Apostólico, Romano de Puerto Rico no ejerce ya funciones públicas oficiales, desde el cambio de Soberanía, que trajo consigo la separación de la Iglesia y del Estado, se ha de convenir precisamente en que el documento en cuestión, ó sea el título de Colector del Sr. Caneja, no es un documento público en la acepción legal de la palabra, y por consiguiente que no habilita al Sr. Caneja para comparecer en juicio en su carácter de Colector General de Obras

Pías; sin que por otra parte pueda objetarse, que implique un acto de reconocimiento de la personalidad del Sr. Caneja, la consignación hecha á su favor por el Dr. Marxuach, del importe de los réditos de las dos últimas anualidades que se le cobran en la demanda, porque á ese acto no se le puede dar otra explicación que la que se expresa en el mismo escrito de contestación á la demanda, la de demostrar que nunca se había negado á pagar lo que debiera realmente; en manera alguna, como un acto de allanamiento á la personalidad del Sr. Caneja, que acababa de combatir tan resueltamente en el mismo escrito. La interpretación contraria estaría completamente destituída de lógica.

Por los fundamentos expuestos, el Juez que suscribe es de parecer que debe confirmarse la sentencia apelada, con las costas.

Jueces concurrentes: Sres. Hernández, Figueras, Mac Leary y Wolf.